PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jamar Lewis  **Docket Number:** 03-00606-001
**PACTS Number:** 37105

**Name of Sentencing Judicial Officer:** The Honorable Stanley R. Chesler

**Date of Original Sentence:** 08/09/2004

**Original Offense:** Firearms, Unlawful Possession

**Original Sentence:** 57 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** May 1, 2007

**Assistant U.S. Attorney:** Norville McAndrew, 402 East State Street, Room 502, Trenton, New Jersey 08608, (609) 989-2190

**Defense Attorney:** Brian Reilly, 22 South Clinton Ave., Station Plaza #4, 4th Floor, Trenton, New Jersey 08609, (609) 989-2160

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On May 30, 2008, Trenton Police Officers responded to Rutherford Avenue to assist officers on a motor vehicle stop of a Red Ford pickup truck. The truck fit the description of a vehicle wanted in connection with an armed robbery that occurred earlier in the evening. Officers conducted a felony stop and requested that the driver, identified as Jamar Lewis, step out of the vehicle and step to the rear of the truck. Officers asked Lewis for his credentials which he stated were in the glove box. Officers advised Lewis of the ongoing robbery investigation and asked him if he objected to a search of the vehicle. Lewis told police that it was permissible to search the vehicle. |

As officers began to search the vehicle, they smelled a strong odor of marijuana coming from within the vehicle. Officers observed a black bag protruding from the seat. Officers grabbed the bag which was partially opened and observed a clear plastic bag inside the black bag that contained a large amount of brownish green vegetation suspected to be marijuana. In addition, officers recovered a digital scale and several empty smaller sandwich bags inside the black bag which was confiscated as evidence. A search of Lewis revealed that he possessed $1,530 in U.S. Currency. Lewis was placed under arrest and taken to Trenton Police Department for processing. Bail was set at $75,000. Lewis posted bail through assistance from ABC Bail Bonds.

2   The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

On May 30, 2008, Mr. Lewis was arrested by Trenton Police Department and charged with the offenses cited in Count 1 of this petition.

The offender failed to notify the undersigned probation officer within 72 hours of this arrest.

3   The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

At the time of his arrest, Lewis was found in possession of marijuana, a digital scale, and several empty clear sandwich bags.

The possession of these items violated his supervision condition which states he can not possess any drug paraphernalia or controlled substances.

I declare under penalty of perjury that the foregoing is true and correct.

By: Edwin Vazquez
Senior U.S. Probation Officer
Date: June 12, 2008

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 6/30/08 @ 12:00
[ ] No Action
[ ] Other

Signature of Judicial Officer

6/18/08
Date