UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :        Crim. No. 03-606 (SRC)

      v.                              :

JAMAR LEWIS                     :

## JUDGMENT

This matter having been brought before the Court on petition for violation of supervised release filed by the United States Probation Office on June 12, 2008 charging defendant, Jamar Lewis, with three violations of the conditions of supervised released imposed by this Court on August 9, 2004; and defendant having pleaded guilty before this Court to the second violation contained in that petition on May 12, 2009; and for the reasons stated on the record on May 12, 2009, and for good cause shown,

IT IS, this 12 day of May, 2009, the judgment of this Court that defendant is sentenced to 30 days home confinement with electronic monitoring; and it is further

ORDERED that, pursuant to a motion made by the Government before this Court on May 12, 2009, violations one and three of the petition are hereby dismissed; and it is further

ORDERED that the term of supervised release imposed upon defendant by this Court on August 9, 2004 shall remain in force and effect and defendant shall continue to abide by the

conditions of supervised release until the expiration of that term of supervised release.

_____
HON. STANLEY R. CHESLER
United States District Judge