PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jamar Lewis  **Docket Number:** 03-00606-001
 **PACTS Number:** 37105

**Name of Sentencing Judicial Officer:** The Honorable Stanley R. Chesler
United States District Court Judge

**Date of Original Sentence:** 08/09/2004

**Original Offense:** Possession of a Weapon by a Convicted Felon

**Original Sentence:** 57 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** May 1, 2007

**Assistant U.S. Attorney:** Harvey Bartle, 402 East State Street, Room 502 Trenton, New Jersey 08608 (609) 989-2190

**Defense Attorney:** Patrick McMahon, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On December 20, 2009, Mr. Jamar Lewis was arrested by Trenton Police Department and charged with the following: Harassment.<br><br>Details of the arrests are as follows: According to Mrs. Esther Lewis, she and her husband of 13 years, Jamar Lewis, got into a verbal argument when he arrived at her residence. Lewis threatened her and told her to leave the residence or he would drag her out of it. Due to his actions, Mrs. Lewis felt threatened by her husband.<br><br>In addition, Mrs. Lewis stated that on December 18, 2009, her husband grabbed her arm and injured her while at the residence. He grabbed her arm and attempted to move her to the side as she was in his way. Based on the victim's statements and further questioning by officers, an arrest warrant was issued for |

PROB 12C - Page 2
Jamar Lewis

Mr. Lewis,

On December 21, 2009, Mr. Lewis was arrested and taken to the Mercer County Correctional Facility. Bail had been set at 5,000 with no 10% option. The offender was able to post bail and was released from custody. The case remains pending.

I declare under penalty of perjury that the foregoing is true and correct.

By: Edwin Vazquez
Senior U.S. Probation Officer
Date: December 21, 2009

THE COURT ORDERS:

[X] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 1/20/2010 @ 10:00 PM
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

1/4/2010
Date