# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**MICHAEL A. McLEAN**
SUPERVISING U.S. PROBATION OFFICER

**JOHN A. SKORUPA**
SUPERVISING U.S. PROBATION OFFICER

January 13, 2010

**109 U.S. COURTHOUSE**
**402 EAST STATE ST.**
**TRENTON, NJ 08608**
**(609) 989-2071**
**FAX: (609) 989-2367**
www.njp.uscourts.gov

The Honorable Stanley R. Chesler
U.S. District Court Judge
Martin Luther King Courthouse
P.O. Box 0999
Newark, New Jersey 07102

**RE: Lewis, Jamar**
**Dkt. No: 03-00606-001**
**Request for Dismissal of Violation**

Dear Judge Chesler:

On September 15, 2003, the above named offender appeared before Your Honor for sentencing after being convicted of one count for Possession of a Firearm by a Convicted Felon. He was sentenced to a 57 month imprisonment term followed by three years supervised release. In addition, the offender received a $100 special assessment. On May 1, 2007, the offender was released from custody and began his term of supervised release.

On December 21, 2009, our office filed a petition requesting a summons as the defendant had been arrested in Trenton, New Jersey, and charged with Harassment. The matter was referred to the Mercer County Superior Court, Family Division The petition was endorsed by Your Honor and a hearing is scheduled for January 20, 2010.

On January 4, 2010, the charges against the offender in Mercer County Superior Court were dismissed by the Honorable Mark J. Fleming. Our office is respectfully requesting that the pending violation against the defendant be dismissed. The United States Attorney's Office and the Federal Public Defender's Office have no objections to this request.

Should you have any questions regarding this matter, feel free to contact me at your earliest convenience. Thank you for your consideration in this matter.

The Honorable Stanley R. Chesler
Page 2
January 13, 2010

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Edwin Vazquez
    Senior U.S. Probation Officer

/ev

SO ORDERED:

STANLEY R. CHESLER, U.S.D.J.