PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jamar Lewis  **Docket Number:** 03-00606-001
**PACTS Number:** 37105

**Name of Sentencing Judicial Officer:** The Honorable Stanley R. Chesler
United States District Court Judge

**Date of Original Sentence:** August 9, 2004

**Original Offense:** Possession of a Weapon by a Convicted Felon

**Original Sentence:** 57 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** May 1, 2007

**Assistant U.S. Attorney:** Harvey Bartle, 402 East State Street, Room 502 Trenton, New Jersey 08608 (609) 989-2190

**Defense Attorney:** Patrick McMahon, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On February 19, 2010, the offender was arrested by Trenton Police Officers in Trenton, New Jersey, and charged with the following: Unlawful Possession of Weapon, Possession of a Weapon for Unlawful Purpose, and Possession of CDS (Marijuana). |
| | Details of the arrests are as follows: On February 19, 2010, at approximately 7:40 p.m., Detectives Szbanz and Tumillo were on patrol in the area of the Rosemont and Hoffman Avenue in Trenton. This area is known for the high level of street gang activity and the open use and sales of illegal narcotics. In addition, this area is known to be controlled by members of the street gangs the "Crips" and "Bloods". It is also known to police that individuals in this area carry concealed firearms on their person. |

During their patrol, detectives were driving on Rosemont Avenue towards Elmhurst Avenue when they observed a black male, later identified as Jamar Lewis, standing on the sidewalk in front of 229 Rosemont Avenue talking on a cell phone. Lewis was wearing a large brown hooded sweat shirt and blue jeans. Lewis was unaware of the police presence until detectives pulled up next to him in the street. The detectives observed Lewis consuming a bottle of liquor that was half covered by a brown paper bag. Lewis became startled upon seeing the detectives parked directly next to him. Lewis immediately pulled down his sweat shirt with his left hand over his waistband. His behavior was consistent with that of attempting to conceal an object or weapon. The detectives exited their unmarked vehicle to issue Lewis a summons for consuming an alcoholic beverage in public. Lewis began to walk up onto the porch of 229 Rosemont Avenue. The detectives immediately identified themselves and ordered Lewis to halt. As Lewis stepped onto the porch of 229 Rosemont Avenue, Lewis stopped and with his left hand reached into the left side of his waistband pulling out a black semi-automatic handgun. The detectives immediately drew their weapons and placed Lewis under arrest.

The handgun found on Lewis was identified as a black 40 caliber Beretta, model 96, bearing serial number A03063M. The handgun contained ten 40 caliber Smith &Wesson bullets in the firearm's magazine. In addition, Detectives found Lewis in possession of one clear zip lock plastic bag containing a greenish/brown vegetation suspected to be marijuana. The marijuana was recovered from the brown paper bag that Lewis was holding in his right hand.

The offender is presently incarcerated at the Mercer County Correctional Facility in Trenton.

I declare under penalty of perjury that the foregoing is true and correct.

By: Edwin Vazquez
Senior U.S. Probation Officer
Date: February 22, 2010

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

3/2/2010
Date